IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/b/o HVAC, Inc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| MSK CONSTRUCTION, INC. AND UNITED FIRE AND CAUSALTY COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Mark C. Kurdys. The Motion indicates that Mr. Kurdys, a member in good standing of the Bar of this Court, is local counsel for Plaintiff HVAC INC., and that he seeks the admission of James W. Elliot Jr., who the Motion represents as being a member in good standing of the Bar of Tennessee and the Bar of Virginia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** James W. Elliot, Jr., to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 13, 2019

W. Carleton Metcalf
United States Magistrate Judge